UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY FERREIRO, <br><br> Plaintiff, <br><br> vs. <br><br> TERMINIX GLOBAL HOLDINGS, INC., NAREN GURSHANEY, DEBORAH H. CAPLAN, DAVID J. FREAR, LAURIE ANN GOLDMAN, STEVEN B. HOCHHAUSER, BRETT PONTON, TERESA M. SEBASTIAN, STEPHEN J. SEDITA and CHRIS S. TERRILL, <br><br> Defendants. | Case No.: 1:22-cv-04987-NRB <br><br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Anthony Ferreiro ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: October 7, 2022          **BRODSKY & SMITH**

                                By:  */s/ Evan J. Smith*
                                     Evan J. Smith
                                     240 Mineola Boulevard
                                     Mineola, NY  11501
                                     Phone:  (516) 741-4977
                                     Facsimile (561) 741-0626

                                     *Attorneys for Plaintiff*